UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>ISMAEL PRECIADO-GRANADOS, et al.,<br><br>Defendant(s). | Case No.2:24-CR-111 JCM (EJY)<br><br>ORDER |

Presently before the court is defendant Brenda Andrade's motion to continue her self-surrender date (ECF No. 83) to which the government filed a response (ECF No. 86).

On May 14, 2025, Andrade pleaded guilty to conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846 and 841(a)(1) and (b)(1)(A)(viii). (ECF No. 62). She was sentenced to 70 months of incarceration and was ordered to self-surrender by 12 p.m. on October 17, 2025. (ECF Nos. 72, 74).

The court finds that Andrade's ongoing divorce proceedings are significant enough to justify a continuation.[1] Due to financial constraints, Andrade is representing herself and has had difficulty with the complexities of the legal system on her own. The Superior Court of California, County of San Bernardino has set a hearing for November 10, 2025, to address Andrade's request to divide marital property. (ECF No. 83, Ex. A). The court finds that her presence at the hearing is vital for the conclusion of her domestic dispute, which otherwise may not be resolved for at least

---

[1] Andrade also argues she is having difficulty finding an individual that can act as a legal guardian for her son and mother and additional time is required. (ECF No. 83). While the court is sympathetic to Andrade's struggles, they are insufficient to justify a continuation. *See United States v. Khalili*, No. 219CR242JCMEJY, 2022 WL 13816823, at *1 (D. Nev. Oct. 21, 2022).

1 the next 70 months.

2 Further, Andrade was released on bond on June 18, 2024, and has remained out of custody
3 to this day.  (ECF No. 24).  Andrade has complied with the current conditions of her release and
4 poses no danger to the community or a flight risk.  18 U.S.C. § 3143(a).

5 Accordingly,

6 IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Brenda Andrade's motion
7 to continue her self-surrender date (ECF No. 86) be, and the same hereby is, GRANTED.  Andrade
8 is to self-surrender by 12 p.m. on December 16, 2025.

9 DATED October 8, 2025.

_____
UNITED STATES DISTRICT JUDGE