UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Brenda Andrade,

    Defendant

Case No. 2:24-cr-00111-CDS-EJY-3

**Order Granting Defendant Brenda Andrade's Second Motion to Extend Time to Self-Surrender**

[ECF No. 90]

    Defendant Brenda Andrade moves for a second time to extend the time to self-surrender to March 31, 2026. Mot., ECF No. 90. Andrade again asserts that she needs additional time to resolve ongoing divorce and child custody issues.[1] *Id.* The government opposes the motion. Opp'n, ECF No. 94. For the reasons stated herein, the motion is granted.

**I.    Discussion**

    On May 14, 2025, Andrade pleaded guilty to conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). Plea, ECF No. 62. She was sentenced to 70 months of incarceration and ordered to self-surrender on October 17, 2025, by 12:00 p.m. *See* ECF Nos. 72, 74. On October 6, 2025, Andrade filed her first request to extend time to self-surrender. ECF No. 83. That motion was granted,[2] so her self-surrender date was extended to December 16, 2025, by 12:00 p.m. *See* Order, ECF No. 87.

    The court has jurisdiction to resolve Andrade's second request to extend time to self-surrender. Such a request is within this court's discretion to grant, as the circumstances may warrant. *See United States v. Fower*, 30 F.4th 823, 827 (9th Cir. 2022) ("If the circumstances warrant, a district court may delay the imposition of sentence or extend the time to surrender to the BOP[.]").

---

[1] Andrade previously moved to extend time to self-surrender for similar reasons. *See* ECF No. 83. That motion was granted. Order, ECF No. 87.

[2] That motion was granted by Judge James C. Mahan. This matter was administratively reassigned to me on October 27, 2025. ECF No. 88.

Candidly, the court agrees with the government in that there is "no assurance that [Andrade's] outstanding divorce and child custody proceedings will be resolved" at the next hearing, which is currently scheduled for March 10, 2026.[3] ECF No. 94 at 3. However, given the circumstances of Andrade's ongoing divorce proceedings and related child-custody issues—namely the potential that Andrade's minor child may be relocated to another country—warrants one further extension of time to self-surrender. So, Andrade's motion is granted, and she is hereby ordered to self-surrender to her designated facility by March 31, 2026, at 12:00 p.m. Andrade is advised that no further extensions will be granted. If the family court matters are not resolved at the March 10, 2026 hearing, Andrade will need to arrange remote attendance for future hearings.

## II.     Conclusion

IT IS HEREBY ORDERED that defendant Brenda Andrade's second motion to extend time to self-surrender **[ECF No. 90] is GRANTED.**

IT IS FURTHER ORDERED that Andrade must report to her designated facility by March 31, 2026, at 12:00 p.m.

Dated: December 16, 2025

_____
Cristina D. Silva
United States District Judge

---

[3] *See* ECF No. 90 at 3.