UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:24-cr-00111-CDS-EJY-3 |
| Plaintiff | **Order Denying Defendant Brenda Andrade's Third Motion to Extend Time to Self-Surrender** |
| v. | |
| Brenda Andrade, | [ECF No. 115] |
| Defendant | |

Defendant Brenda Andrade moves, for a third time, to extend the deadline to self-surrender to March 31, 2026. Mot., ECF No. 115. Therein, Andrade again asserts that she needs additional time to attend the final hearing regarding in her divorce proceedings related to the division of martial property and related financial disputes. *Id.* The government opposes the motion. Opp'n, ECF No. 117. For the reasons stated herein, the motion is denied.

**I.      Discussion**

As set forth in my order granting Andrade's second motion for extension of time to self-surrender, on May 14, 2025, Andrade pleaded guilty to conspiracy to distribute a controlled substance in violation of 21 U.S.C. §§ 846, 841(a)(1), and 841(b)(1)(A)(viii). Plea, ECF No. 62. She was sentenced to 70 months of incarceration and was ordered to self-surrender on October 17, 2025, by 12:00 p.m. *See* ECF Nos. 72, 74. Andrade has moved twice to extend her self-surrender deadline to resolve child custody and divorce proceedings. Mots., ECF Nos. 83, 90. Both prior motions were granted. Orders, ECF Nos. 87, 96. In my order granting Andrade's second request, I cautioned Andrade that no further extensions would be granted. ECF No. 96 at 2. Nonetheless, Andrade files the pending motion seeking a third extension. Andrade contends

> it is Ms. Andrade's understanding that the court will resolve the final outstanding matter of property division at the June hearing (should she and her husband not resolve the issue in mediation)—and that, should she not appear for that hearing, the state court would fine her $1,500, award all of the marital property to her husband, and deny her request for arrears [sic].

ECF No. 115 at 2. Unfortunately, Andrade fails to provide this court with any information or context as to why Andrade has such an understanding or why the court would consider such a sanction. Nor does she provide a transcript or any other official court record to support this argument. Consequently, without more—and given that the child custody issues are now resolved—the court is not inclined to change its prior position that it would not grant a third request. So Andrade's motion is denied. My previous order requiring that Andrade self-surrender to her designated BOP facility by March 31, 2026, at 12:00 p.m. stands.

II.    Conclusion

IT IS HEREBY ORDERED that defendant Brenda Andrade's third motion to extend time to self-surrender **[ECF No. 115] is DENIED.**

IT IS FURTHER ORDERED that Andrade must report to her designated facility by March 31, 2026, at 12:00 p.m.

Dated: March 27, 2026

_____
Cristina D. Silva
United States District Judge

2